**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

200 FEDERAL PLAZA
ROOM 130
PATERSON, NJ
(973) 357-4080
FAX: (973) 357-4092

September 11, 2018

Mailing Address:

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

The Honorable William H. Walls
Senior United States District Judge
Martin Luther King, Jr. Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey, 07102-0999

                                                    **RE: MARTINO, Rocco**
                                                    **Dkt. No. 12-00001-001**
                                                    **Request for Release of the Presentence Report**

Dear Judge Walls:

On May 8, 2012, the above-named offender was sentenced by Your Honor, to a term of 84 months imprisonment, followed by a seven-year term of supervised release. The offense of conviction was Activities Re: Material Constituting/Containing Child Pornography, in violation of 18 U.S.C. § 2252(a)(2)(A). Special conditions ordered were as follows: denial of computer; mental health treatment; sex offender registration; and restricted contact with minors. The offender was released from custody on August 17, 2018, and he has been supervised by the District of New Jersey, since that time.

At this time, the Bergen County Prosecutor's Office, Megan's Law Unit, is in the process of tiering him as a sex offender under Megan's Law. In order to do such, they are requesting the offender's federal presentence report to assist them in this process.

The undersigned is requesting that Your Honor grant permission for the U.S. Probation Office to release such documentation to the Bergen County Prosecutor's Office for the purpose of tiering the offender.

Please check the appropriate box:

[ ] Permission is granted to release the offender's presentence report to the Bergen County Prosecutor's Office.

[ ] Permission is *not* granted to release the offender's presentence report to the Bergen County Prosecutor's Office.

_____
Senior U.S. District Judge William H. Walls

12 September 2018
Date

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

Susan E. Karlak
By: Susan E. Karlak
    Senior U.S. Probation Officer

/sek